AUSA Linda Aouate (313) 226-9587
SA Claudia Linda (313) 965-2323 x4150

# United States District Court
### EASTERN DISTRICT OF MICHIGAN

FILED MAY 25 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

In the Matter of the Seizure of

**SEIZURE WARRANT**

**All Funds on Deposit in JP Morgan Chase Bank**
(a) Account Number 649527207
(b) Account Number 651927295
(c) Account Number 972049217
(d) Account Number 233735350587
(e) Account Number 581633810
(f) Account Number 74033326
(g) Account Number 2958420941
(h) Account Number 759052086

Case: 2:16-mc-50641
Judge: Edmunds, Nancy G.
Filed: 05-02-2016 At 04:46 PM
IN RE: SEALED MATTER(SW)(MLW)

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BY: _____
Deputy

TO: Agents of the Federal Bureau of Investigation (FBI) and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Claudia M. Link who has reason to believe that in the Eastern District of Michigan there is now certain property which is subject to forfeiture to the United States, namely

**All Funds on Deposit in JP Morgan Chase Bank: (a) Account Number 649527207, (b) Account Number 651927295, (c) Account Number 972049217, (d) Account Number 233735350587, (e) Account Number 581633810, (f) Account Number 74033326, (g) Account Number 2958420941, and (h) Account Number 759052086**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to a U.S. Magistrate Judge as required by law.

May 2, 2016                                              Detroit, Michigan
Date                              at  5:22 pm

Honorable Anthony P. Patti                               **ANTHONY P. PATTI**
**U.S. Magistrate Judge**                                **Signature of Judicial Officer**

AUSA Linda Aouate (313) 226-9587
SA Claudia Linda (313) 965-2323 x4150

# RETURN

DATE WARRANT RECEIVED     DATE / TIME WARRANT EXECUTED  5/3/2016 @ 8:05 am
5/2/2016

COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH

Gwendolyn A. Norman
Vice President Branch Manager, Chase Bank

INVENTORY MADE IN THE PRESENCE OF

Laura Lynch, Chase Bank, was the point of contact for the seizure warrants

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Account #6495227207: $31,194.41
Account #972049217: $55,000.00
Account #233735350587: $77,200.00
Account #74033326: $105,786.48
Account #295842094: $100,000.00

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_Claudia [signature]_

Subscribed, sworn to, and returned before me this date.

_____         _____
U.S. Judge or Magistrate                                Date