a true copy. Case 2:16-mc-50641-NGE ECF No. 6, PageID.61 Filed 05/25/16 Page 1 of 2
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
       Deputy

AUSA Linda Aouate (313) 226-9587
SA Claudia Linda (313) 965-2323 x4150

# United States District Court
## EASTERN DISTRICT OF MICHIGAN

FILED
MAY 25 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

In the Matter of the Seizure of

**All Funds on Deposit in JP Morgan Chase Bank Account Number 796561348 up to and including $1,200,000.00**

Case: 2:16-mc-50641-A
Judge: Edmunds, Nancy G.
Filed: 05-02-2016
IN RE: SEALED MATTER (SW)(MLW)

TO: Agents of the Federal Bureau of Investigation (FBI) and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Claudia M. Link who has reason to believe that in the Eastern District of Michigan there is now certain property which is subject to forfeiture to the United States namely:

**All Funds on Deposit in JP Morgan Chase Bank Account Number 796561348 up to and including $1,200,000.00**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

**To the extent that $1.2 Million is not available for seizure from JP Morgan Chase Bank account number 796561348, JP Morgan Chase Bank is instructed to allow incoming funds to the account (i.e., to accrue any deposits, interest, dividends, and any other amount credited to the account) but not allow funds to be withdrawn, transferred, wired, routed or otherwise disbursed by or to any persons (other than the FBI who is authorized to seize the funds) for a period of thirty (30) days from the date of the issuance of the warrant at which time the FBI will direct that the contents of the account be finally liquidated up to the amount of $1.2 Million.**

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to a U.S. Magistrate Judge as required by law.

May 2, 2016                             at  5:22 pm                    Detroit, Michigan
Date

Honorable Anthony P. Patti                                              ANTHONY P. PATTI
**U.S. Magistrate Judge**                                               Signature of Judicial Officer

AUSA Linda Aouate (313) 226-9587
SA Claudia Linda (313) 965-2323 x4150

# RETURN

DATE WARRANT RECEIVED     DATE / TIME WARRANT EXECUTED 5/3/2016 @ 8:05am
5/3/2016

COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH

Gwendolyn A. Norman
Vice President, Branch Manager, Chase Bank

INVENTORY MADE IN THE PRESENCE OF

Laura Lynch, Chase Bank, was the point of contact for the seizure warrants

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Acct. # 796561348: $415,186.39, with an additional $150,000 coming to the FBI within 60 days

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_Claudia M. Linda_

Subscribed, sworn to, and returned before me this date.

_____     _____
U.S. Judge or Magistrate                          Date